

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00090-CR

**DAVID JAMES,**

                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                            **Appellee**

---

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 21928

---

## MEMORANDUM  OPINION

---

David James attempts to appeal from an order denying his motion to recuse both the trial court judge and the administrative judge. James also seeks to appeal the denial of a writ of injunction against the Walker County District Clerk. An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment. TEX. R. CIV. P. 18a(j)(1)(A). Furthermore, there is no final order denying a writ

of injunction against the district clerk. Because James does not appeal from a final judgment, we lack jurisdiction to consider his appeal.

Accordingly, the appeal is dismissed.



JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed April 8, 2020
Do not publish
[CR25]

